

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

UNITED STATES OF AMERICA

vs.

ERNEST CONTE~~REDACTED~~

CRIMINAL NO. 2006 CF2 005855

ISSUED BY: JAMES E BOASBERG

USDC of DE No.: 08-23-1

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

BASIS FOR WARRANT AND DESCRIPTION OR CHARGES:

Theft II

Failure to appear for probation showcause hearing

---

This Warrant is issued extraterritorially pursuant to D.C. Code § 23-1329(d) (1996)

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

---

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 8/28/2007

BAIL FIXED BY THE COURT
AT: $500 Cash

Superior Court of the District of Columbia

BY: _____
Judge JAMES E BOASBERG

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |

odfbw

CRIMINAL NO: 2006 CF2 0058:

U.S.C.A. § 18-3401 (1985 & Supp. 1998)

"For any offense against the United States, the offender may, by any justice or judge of the United States, or by an United States magistrate, or by any chancellor, judge of a supreme or superior court, chief or first judge of commo pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found, and at th expense of the United States, be arrested or imprisoned or released as provided in Chapter 207 of this title, as the cas may be, for trial before such court of the United States as by law has cognizance of the offense."

D.C. Code Ann. § 23-563 (a)(1996)

"A warrant or summons for an offense punishable by imprisonment for more than one year issued by the Superior Cour of the District of Columbia may be served at any place within the jurisdiction of the United States."

D.C. Code Ann. § 23-563 (a)(1996)

"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

D.C. Code Ann. § 23-1329 (b)(1996)

"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia, he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section".

D.C. Code Ann. § 23-1329 (d)(1996)

"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to § 13-1322(d)(7), may be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States Marshal or by any other officer authorized by law."

D.C. Code Ann. § 24-301 (i)(1996)

"When a person has been ordered confined in a hospital for the mentally ill pursuant to this section and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found, upon receipt of the return order issued by the committing court, cause such person to be apprehended and delivered up for return to such hospital."

| REASON FOR ISSUANCE OF WARRANT | IN VIOLATION OF |
|---|---|
| Failure to Appear Generally | D.C. CODE Ann. § 23-1327 (1996) |
| Failure to Appear- Witness | D.C. CODE Ann. § 23-1326 (1996) |
| Failure to Appear- Sentencing | D.C. CODE Ann. § 23-1327 (1996) |
| Failure to Appear- Extradition Hearing | D.C. CODE Ann. § 23-703 (1996) |
| Violation of Conditions of Release | D.C. CODE Ann. § 23-1321 (c) (1) (B) (i) (1996) |
| Escape from Jail | D.C. CODE Ann. § 22-2601 (1996) |
| Escape from Mental Hospital | D.C. CODE Ann. § 24-301 (d)(1) (1996) |

| | |
|---|---|
| CASE NO. | 2006 CF2 005855 |
| DEFENDANT'S NAME: | ERNEST CONTEE |
| ALIAS: | "" |
| LAST KNOWN ADDRESS: | NO FIXED |
| | WASH DC |
| PLACE OF BIRTH: | |
| DATE OF BIRTH: | 1964 |
| SOCIAL SECURITY NUMBER: | 6203 |
| HEIGHT | 5'11" |
| SEX: | Male |
| HAIR: | Black |
| SCARS/TATTOOS: | |
| WEIGHT | 160 |
| DCDC NO. | |
| PDID NO. | |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. 06CF25855

PDID No.

vs.

ERNEST CONTEE

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☐ Guilty to the Charge(s) of
1 SECOND DEGREE Theft

and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to
1 — 180 DAYS CONCURRENT to CF-2 IN 06CF26086

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed

☐ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

  ☐ Observe the general conditions of probation listed on the back of this order.

  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

  ☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____
  (see reverse side for payment instructions.)

  ☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ 50 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

9-8-06
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

9-8-06
Date

Judge

Deputy Clerk

Form CDC(15)-1040/Oct 01

HUNTERB 09/18/2006 11:10:53 AM