UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**ERNEST CONTEE**,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. 08-23-M<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **7TH** day of **FEBRUARY, 2008**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                                          *[signature]*
                                                    **Honorable Leonard P. Stark**
                                                    **U.S. Magistrate Judge**

cc:  Federal Public Defender
     First Federal Plaza, Suite# 110
     704 King Street
     Wilmington, DE  19801
     (302) 573-6010

     Defendant
     United States Attorney