(RPG)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Mag. Case No.: 08-23-M |
| | : |
| ERNEST CONTEE | : |
| | : |

## MOTION FOR DETENTION PENDING TRANSFER

**NOW COMES** the United States and moves for the detention of the defendant pending transfer to another district, pursuant to 18 U.S.C. § 3142(e) and (f), and Federal Rule of Criminal Procedure 5(c). In support of the motion, the United States alleges that the Court should detain the defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: February 7, 2008