AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 08-23-M

The defendant is charged with a violation of _failure to appear for a show cause hearing_ ~~U.S.C.~~ alleged to have been committed in the _Superior Court For the_ District of _Columbia_.

Brief Description of Charge(s):

- Failure to appear @ a show cause probation hearing.

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_February 7, 2008_ _[signed]_
Date                          Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |